```
1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA WINTERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
7  United States of America
```



FILED
DEC 06 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEAH GUILLEN, <br><br> Defendant. | CASE NO. 1:18-CR-00263 DAD BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 6, 2018, charging the above defendant with a violations of 18 U.S.C. § 1029(a)(2) – Use of Unauthorized Access Device; 18 U.S.C. § 1344 – Bank Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. §§ 982(a)(2) and 1029(c)(1)(C)– Criminal Forfeiture be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

Motion to Seal Indictment 1

DATED: October 18, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/ LAURA WITHERS
LAURA WITHERS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: December 6, 2018

ERICA P. GROSJEAN
U.S. Magistrate Judge