1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA D. WITHERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | CASE NO. 1:18-CR-00263-DAD-BAM
   |                                 |
12 |            Plaintiff,           | ORDER TO UNSEAL INDICTMENT AND
   |                                 | WARRANT OF ARREST
13 |       v.                        |
   |                                 |
14 | LEAH GUILLEN,                   |
   |                                 |
15 |            Defendant.           |

16

17   The indictment and warrant of arrest in this case, having been sealed by Order of this Court,

18 pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need

19 remain secret, it is HEREBY ORDERED that the indictment and warrant of arrest be unsealed and made

20 public record for Leah Guillen.

21 Dated: December 10, 2018

22                                              The Honorable SHIELA K. OBERTO
                                                United States Magistrate Judge
23

24

25

26

27

28