PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LEAH GUILLEN,<br><br>                 Defendant. | CASE NO.  1:18-CR-00263-DAD-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE, TO SET CHANGE OF PLEA DATE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 10, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 10, 2021.

2.      By this stipulation, the parties now move to vacate the status conference, convert the trial confirmation hearing into a change of plea on November 29, 2021, to exclude time between November 10, 2021, and November 29, 2021, under Local Code T4, and to vacate the trial date on December 14, 2021.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to consult with her out-of-custody

client and prepare her for the upcoming change of plea and sentencing.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 10, 2021 to November 29, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 2, 2021                              PHILLIP A. TALBERT
                                                                      Acting United States Attorney

                                                                      /s/ LAURA D. WITHERS
                                                                      LAURA D. WITHERS
                                                                      Assistant United States Attorney

Dated:  November 2, 2021                              /s/ GALATEA DELAPP
                                                                      GALATEA DELAPP
                                                                      Counsel for Defendant
                                                                      LEAH GUILLEN

### ORDER

IT IS SO ORDERED that the status conference set for November 10, 2021 is vacated. A change of plea hearing is set for **November 29, 2021, at 9:00 a.m. before District Judge Dale A. Drozd**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The jury trial date on December 14, 2021 and trial confirmation date of 11/9/2021 are vacated.

IT IS SO ORDERED.

Dated:   __November 3, 2021__            ___/s/ *Barbara A. McAuliffe*___
                                        UNITED STATES MAGISTRATE JUDGE