Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Leah Guillen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00263-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND SELF-SURRENDER DATE 32 DAYS; FINDING & ORDER |
| v. | |
| LEAH GUILLEN, | |
| Defendant. | |

**STIPULATION**

Defendant by and through her counsel of record, and plaintiff, by and through plaintiff's counsel of record hereby stipulate as follows:

1. By previous order, the defendant was ordered to self-surrender to begin her term of imprisonment in this matter on Thursday, August 25, 2022, at 2:00 PM. [J&C Dkt 63 page 2]. By this stipulation, defendant now moves to extend the self-surrender date an additional thirty-two (32) days to Monday, September 26, 2022, at 2:00 PM and to amend the Judgment and Commitment Order to be consistent with this stipulation.

2. The parties agree and stipulate, and request that the Court find the following:

a) The defense has represented that defendant's parent died on August 1, 2022, and the funeral is expected to occur at the end of August.

b) The defense has represented that defendant's very serious medical state requires stabilization through time sensitive dialysis treatment and other diagnostic concerns before

1

surrendering.

      c)     The defense has represented that efforts have been ongoing to coordinate continued care with the B.O.P.  R.N. at the Texas facility to which defendant is expected to be house.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would seriously compromise defendant's fragile medical and emotional state.

      e)     The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  August 16, 2022

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Henry Carbajal*
Henry Carbajal
Assistant United States Attorney

Dated:  August 16, 2022

/s/ *Galatea DeLapp*
GALATEA DELAPP
Attorney for Leah Guillen

### FINDINGS AND ORDER

Pursuant to the parties' stipulation, defendant Leah Guillen's self-surrender date is extended from the previously schedule date of August 25, 2022 to Monday, September 26, 2022, at 2:00 PM, at or before which time the defendant must surrender to the designated U.S. Bureau of Prisons institution or the U.S. Marshal's Office.  All conditions placed upon defendant's release remain in effect until defendant's surrender into custody.

IT IS SO ORDERED.

Dated:  **August 17, 2022**

UNITED STATES DISTRICT JUDGE

2