Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471


Attorney for Defendant
Leah Guillen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-CR-00263-DAD-BAM |
| Plaintiff, | **CORRECTED** STIPULATION TO EXTEND SELF-SURRENDER DATE 32 DAYS |
| v. | FINDING & ORDER |
| LEAH GUILLEN, | |
| Defendant. | |

**STIPULATION**

Defendant by and through her counsel of record, and plaintiff, by and through plaintiff's counsel of record hereby stipulate as follows:

1. By previous order, the defendant was ordered to self-surrender to begin her term of imprisonment in this matter on Thursday, August 25, 2022, at 2:00 PM.  [J&C Dkt 63 page 2]. By this stipulation, defendant now moves to extend the self-surrender date an additional thirty-two (32) days to Monday, September 26, 2022, at 2:00 PM.

2. The parties agree and stipulate, and request that the Court find the following:

a) The defense has represented that defendant's parent died on August 1, 2022, and the funeral is expected to occur at the end of August.

b) The defense has represented that defendant's very serious medical state requires stabilization through time sensitive dialysis treatment and other diagnostic concerns before surrendering.

1

        c)        The defense has represented that efforts have been ongoing to coordinate continued care with the B.O.P.  R.N. at the Texas facility to which defendant is expected to be house.

        d)        Counsel for defendant believes that failure to grant the above-requested continuance would seriously compromise defendant's fragile medical and emotional state.

        e)        The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  August 16, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Henry Carbajal*
Henry Carbajal
Assistant United States Attorney

Dated:  August 16, 2022

/s/ *Galatea DeLapp*
GALATEA DELAPP
Attorney for Leah Guillen

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, defendant's self-surrender date is continued from Thursday, August 25, 2022, at 2:00 p.m. to Monday, September 26, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **August 23, 2022**

UNITED STATES DISTRICT JUDGE

2