Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Leah Guillen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>      v.<br><br>LEAH GUILLEN,<br><br>                        Defendant. | CASE NO.  1:18-CR-00263 ADA-BAM<br><br>STIPULATION TO EXTEND SELF-SURRENDER DATE 63 DAYS AND ORDER |

**STIPULATION**

Defendant by and through her counsel of record, and plaintiff, by and through plaintiff's counsel of record hereby stipulate as follows:

      1.      By previous order, the defendant was ordered to self-surrender to begin her term of imprisonment in this matter on Monday, September 26, 2022 at 2:00 PM.  [Dkt 67 page 2]. By this stipulation, defendant now moves to extend the self-surrender date an additional sixty-three (63) days to Monday, November 28, 2022, at 2:00 PM.

      2.      The parties agree and stipulate, and request that the Court find the following:

           a)      The defense as confirmed by pretrial services has represented that defendant's husband abandoned the family this week and their four (4) minor children ages 8, 10, 13, 16. The defendant also has a 17-year-old minor son from a different relationship in her home.

           b)      The defendant's husband had been expected to take care of the children during

1

her incarceration, but left claiming he would not do it.

   c) Ms. Guillen's cousin is willing to take the children but cannot do so until she moves people out of her home at the end of October. Paperwork which will provide financial and other resources for the children needs to be completed that will allow the cousin to receive these resources on behalf of the minor children.

   d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  September 22, 2022     PHILLIP A. TALBERT
United States Attorney

/s/ *Henry Carbajal*
Henry Carbajal
Assistant United States Attorney

Dated:  September 22, 2022

/s/ *Galatea DeLapp*
GALATEA DELAPP
Attorney for Leah Guillen

IT IS SO ORDERED.

 Dated:   September 22, 2022

UNITED STATES DISTRICT JUDGE

2