Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Leah Guillen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>         v.<br><br>LEAH GUILLEN,<br><br>                        Defendant. | CASE NO.  1:18-CR-00263-DAD-BAM<br><br>STIPULATION TO EXTEND SELF-SURRENDER DATE 21 DAYS<br>FINDING & ORDER |

**STIPULATION**

Defendant by and through her counsel of record, and plaintiff, by and through plaintiff's counsel of record hereby stipulate as follows:

1. By previous order, the defendant was ordered to self-surrender to begin her term of imprisonment in this matter on Monday, November 28, 2022, at 2:00 PM. [Dkt 69 page 2]. By this stipulation, defendant now moves to extend the self-surrender date an additional twenty-one (21) days to Monday, December 19, 2022, at 2:00 PM.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The defense as confirmed by pretrial services has represented that defendant's cousin will not take custody of the minor children ages 8, 10, 13, and 16, as previously agreed. The defendant also has a 17-year-old minor son from a different relationship in her home.

    b) The 17-year-old son will turn 18 between the current self-surrender date and the requested self-surrender date. He will take custody of the minor children.

1

    c) An apartment for the children will be ready by the new requested self-surrender date.

    d) The government and pretrial services do not object to one last requested continuance of the self-surrender date.

IT IS SO STIPULATED.

Dated:  November 18, 2022        PHILLIP A. TALBERT
                   United States Attorney

                   /s/ *Henry Carbajal*
                   Henry Carbajal
                   Assistant United States Attorney

Dated:  November 18, 2022

                   /s/ *Galatea DeLapp*
                   GALATEA DELAPP
                   Attorney for Leah Guillen

**ORDER**

IT IS SO ORDERED.

Dated:   November 23, 2022        _____
                   UNITED STATES DISTRICT JUDGE