1
2
3

Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

4

5
6

Attorney for Defendant
Leah Guillen

7

8

9

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEAH GUILLEN,

Defendant.

CASE NO.  1:18-CR-00263-DAD-BAM

STIPULATION TO EXTEND SELF-SURRENDER
DATE TO JANUARY 9, 2023
FINDING & ORDER

15

16

**STIPULATION**

17

18

Defendant by and through her counsel of record, and plaintiff, by and through plaintiff's counsel of record hereby stipulate as follows:

19

20

21

1.      By previous order, the defendant was ordered to self-surrender to begin her term of imprisonment in this matter on Monday, December 19, 2022, at 2:00 PM.  [Dkt 72 page 2]. By this stipulation, defendant now moves to extend the self-surrender date to Monday, January 9, at 2:00 PM.

22

23

2.      The defendant now moves, the parties agree and stipulate, and request that the Court find the following:

24

25

a)      Pretrial Services conducted an in-person investigation of Defendant's living conditions and those of her children who are currently at a Motel 6.

26

27

b)      Pretrial Services has confirmed from a landlord that housing is available for Defendant's minor children by January 9, 2023.

28

c)      All parties agree it is in the best interest of justice and the children that defendant

1

1    surrender on January 9, 2023, at 2:00 PM when this housing situation has been stabilized.

2         IT IS SO STIPULATED.

3

4

5

6    Dated:  December 14, 2022                        PHILLIP A. TALBERT
                                                       United States Attorney

7

8                                                      /s/ *Henry Carbajal*
                                                       Henry Carbajal
9                                                      Assistant United States Attorney

10

11   Dated:  December 14, 2022

                                                       /s/ *Galatea DeLapp*
12                                                     GALATEA DELAPP
                                                       Attorney for Leah Guillen

13

14

15

16

17   IT IS SO ORDERED.

18        Dated:    December 15, 2022

19                                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28