Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave. Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant Leah Guillen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>LEAH GUILLEN,<br><br>      Defendant. | CASE NO.  1:18-cr-00263-ADA-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF GALATEA DELAPP AS ATTORNEY OF RECORD AND ORDER** |

On December 6, 2018, Defendant Leah Guillen was indicted on federal charges. CJA Panel Attorney Galatea DeLapp was appointed as trial counsel to represent Ms. Guillen on December 10, 2018, in her criminal case. Ms. Guillen was sentenced pursuant to a plea agreement on June 6, 2022. The time for filing a direct appeal was June 20, 2022. No direct appeal was filed. Ms. Guillen self-surrendered to the Bureau of Prisons as directed on January 9, 2023. The trial phase of Ms. Guillen's criminal case has, therefore, come to an end. Having completed her representation of Ms. Guillen, CJA attorney Galatea DeLapp now moves to terminate her appointment under the Criminal Justice Act.

Should Ms. Guillen require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: March 27, 2023                    Respectfully submitted,

/s/ GALATEA DELAPP
GALATEA DELAPP Attorney for
Defendant, LEAH GUILLEN

**ORDER**

Having reviewed the notice and found that attorney Galatea DeLapp has completed the services for which he was appointed, the Court hereby grants attorney Galatea DeLapp's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Leah Guillen at the following address and to update the docket to reflect Defendant's pro se status and contact information.

NAVAL AIR STATION
J ST BLDG 3000
FORT WORTH, TX  76127

IT IS SO ORDERED.

Dated:   March 29, 2023                                   _____
                                                         UNITED STATES DISTRICT JUDGE